Certificate Number: 03088-PAE-DE-034097979

Bankruptcy Case Number: 19-17973



03088-PAE-DE-034097979

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 16, 2020, at 1:19 o'clock PM CST, Najwa B Alkhatib completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 16, 2020            By:    /s/Doug Tonne

                                                                Name:  Doug Tonne

                                                                Title:   Counselor