IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Najwa Alkhatib | : | Chapter 13 |
| | : | |
| | : | Case No.  19-17973AMC |
| Debtor(s) | : | |

CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation filed at docket number 20.

Dated:  April 15, 2020            /s/ Brad J. Sadek, Esquire
                                 Brad J. Sadek, Esquire
                                 Sadek and Cooper
                                 1315 Walnut Street, Suite 502
                                 Philadelphia, PA 19107
                                 215-545-0008