# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Najwa Alkhatib | | CHAPTER 13 |
| Debtor(s) | | |
| MIDFIRST BANK | Movant | |
| vs. | | NO. 19-17973 AMC |
| Najwa Alkhatib | Debtor(s) | |
| Kenneth E. West Esq. | Trustee | 11 U.S.C. Sections 362 |

## ORDER

AND NOW, this _____ day of _____, 2022 at Philadelphia, upon consideration of Movant's Motion to Approve Partial Claim, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on January 5, 2022 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: June 8, 2022**

_____
United States Bankruptcy Judge.

cc: See attached service list

Najwa Alkhatib
6214 Webster Street
Philadelphia, PA 19143

Brad J. Sadek Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532