United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17973-amc |
| Najwa Alkhatib | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 26, 2024 | Form ID: 138OBJ | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Najwa Alkhatib, 6214 Webster St., Philadelphia, PA 19143-2220 |
| 14444345 | + | Gregg Morris, Esq., 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 14466183 | + | Midfirst Bank, c/o Rebecca A. Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 27 2024 01:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 27 2024 01:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14470369 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 27 2024 01:45:37 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14503315 | | Email/Text: megan.harper@phila.gov | Dec 27 2024 01:33:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14444340 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 27 2024 01:45:37 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14447652 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 27 2024 01:34:04 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14444342 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2024 01:45:35 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14444343 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2024 01:45:35 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 14444344 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2024 01:45:37 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14468119 | | Email/Text: bnc-quantum@quantum3group.com | Dec 27 2024 01:33:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14471136 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 27 2024 01:33:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14444341 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 27 2024 01:34:04 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14459778 | + | Email/Text: RASEBN@raslg.com | Dec 27 2024 01:33:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14448004 | | Email/PDF: resurgentbknotifications@resurgent.com Dec 27 2024 01:45:33 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14444346 | + | Email/PDF: resurgentbknotifications@resurgent.com Dec 27 2024 01:45:32 | | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14478275 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com Dec 27 2024 01:45:37 | | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14469158 | + | Email/Text: bankruptcydpt@mcmcg.com Dec 27 2024 01:33:00 | | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14444347 | + | Email/Text: bankruptcydpt@mcmcg.com Dec 27 2024 01:33:00 | | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 14444348 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com Dec 27 2024 01:34:05 | | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14444349 | + | Email/Text: bnc@nordstrom.com Dec 27 2024 01:33:08 | | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14444352 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 27 2024 01:45:35 | | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14463868 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 27 2024 01:45:32 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14444350 | + | Email/Text: CollectionsDept@PFCU.COM Dec 27 2024 01:33:00 | | Philadelphia FCU, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14444351 | + | Email/Text: bankruptcy1@pffcu.org Dec 27 2024 01:33:00 | | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14464921 | + | Email/Text: bankruptcy1@pffcu.org Dec 27 2024 01:33:00 | | Police and Fire Federal Credit Union, Greenwood One, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14452943 | | Email/Text: bnc-quantum@quantum3group.com Dec 27 2024 01:33:00 | | Quantum3 Group LLC as agent for, Second Round LP, PO Box 788, Kirkland, WA 98083-0788 |
| 14796138 | + | Email/PDF: acg.acg.ebn@aisinfo.com Dec 27 2024 01:34:17 | | Synchrony Bank by, AIS InfoSource LP, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14444353 | + | Email/PDF: ais.sync.ebn@aisinfo.com Dec 27 2024 01:45:37 | | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14476966 | + | Email/Text: bncmail@w-legal.com Dec 27 2024 01:33:00 | | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14444354 | + | Email/Text: bncmail@w-legal.com Dec 27 2024 01:33:00 | | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14444355 | + | Email/Text: bnc-thebureaus@quantum3group.com Dec 27 2024 01:33:00 | | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2757 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14449293 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14449295 | *+ | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14449296 | *+ | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 14449297 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |

Case 19-17973-amc   Doc 62   Filed 12/28/24   Entered 12/29/24 00:28:10   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 26, 2024 | Form ID: 138OBJ | Total Noticed: 34 |

| 14449298 | *+ | Gregg Morris, Esq., 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 14449294 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14449299 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14449300 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 14449301 | *+ | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14449302 | *+ | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14449305 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14449303 | *+ | Philadelphia FCU, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14449304 | *+ | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14449306 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14449307 | *+ | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14449308 | *+ | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2757 |

TOTAL: 0 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2024            Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2024 at the address(es) listed below:**

**Name**  **Email Address**

BRAD J. SADEK
  on behalf of Debtor Najwa Alkhatib brad@sadeklaw.com
  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

DENISE ELIZABETH CARLON
  on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

KENNETH E. WEST
  ecfemails@ph13trustee.com philaecf@gmail.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*Form 138OBJ* (6/24)−doc 61 − 59

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Najwa Alkhatib<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 19−17973−amc<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: December 26, 2024                                                  For The Court

                                                                                                                                                         Timothy B. McGrath
                                                                                                                                                         Clerk of Court